**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to:  18-cv-10118-LAK
                           18-cv-10127-LAK
                           18-cv-10137-LAK

18-MD-2865 (LAK)

ECF Case

**[PROPOSED] ORDER**

**WHEREAS**, upon the application of attorney Mark D. Allison, Esquire of Caplin &

Drysdale, Chartered for leave to withdraw as an attorney of record in this matter,

**IT IS HEREBY ORDERED** that attorney Mark D. Allison, Esquire is granted leave to

withdraw as counsel and will no longer receive docketing notifications via the ECF system for

Defendants Kevin Kenning, Todd Bergeron, Blue Ocean Equity LLC Retirement Plan, Cole

Enterprises USA Retirement Plan & Trust, and KK Law Firm Retirement Plan Trust.

**IT IS FURTHER ORDERED** that the Clerk of Court shall remove Mark D. Allison,

Esquire from the list of counsel of record for the above-referenced Defendants in this case.

Dated: New York, New York

_____, 2021

_____
HONORABLE LEWIS A. KAPLAN